UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC HAYNIE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GRANCARE, LLC,<br><br>　　　　Defendant. | Case No. 15-cv-04720-JSW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court has received and considered the parties' joint case management statement, and it HEREBY CONTINUES the case management conference scheduled for February 5, 2016, to March 18, 2016 at 11:00 a.m.  The parties shall submit a stipulation and proposed order regarding an ADR process and a deadline by which ADR shall be completed, which may include a stipulation to engage in informal settlement discussions, by February 12, 2016.  If the parties cannot agree, they shall submit a request for an ADR phone conference by no later than February 12, 2016.

The parties shall submit an updated joint case management conference statement, by March 11, 2016.

**IT IS SO ORDERED.**

Dated:   February 1, 2016

JEFFREY S. WHITE
United States District Judge

Cc:  ADR Department