UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC HAYNIE,<br><br>        Plaintiff,<br><br>    v.<br><br>GRANCARE, LLC,<br><br>        Defendant. | Case No. 15-cv-04720-JSW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND CONFIRMING DEADLINE TO COMPLETE MEDIATION**<br><br>Re: Docket No. 14 |

The Court has received and considered the parties' joint case management conference statement. The case management conference statement is nearly identical to the statement submitted to the Court on January 29, 2016, except that the parties have agreed to a form of mediation. However, it is clear that the parties are not prepared to move this case forward, because they hope to resolve it short of litigation.

Accordingly, the Court will CONTINUE the case management conference scheduled for March 18, 2016 to July 29, 2016 at 11:00 a.m., so that the parties can complete mediation before the next case management conference. Although the parties have asked that the Court set a deadline to complete mediation, the Court already has set that deadline. In its Order approving the parties stipulation regarding ADR, it Ordered the parties to complete mediation 90 days from the date of that Order, or May 16, 2016.

If the parties require an extension of this deadline, they must submit a request to the Court by no later than April 1, 2016, explaining why an extension is necessary.

The parties shall submit an updated joint case management statement by no later than June 22, 2016.

**There shall be no further continuances of the initial case management conference.**

1 | **Therefore, if this matter does not settle, and if Plaintiffs' counsel can no longer represent**
2 | **him, Plaintiff must file a notice by no later than June 1, 2016, in which he advises the Court**
3 | **about: (1) whether he has obtained substitute; (2) whether he has been unable to obtain**
4 | **additional counsel and seeks additional time to do so; or (3) whether he intends to proceed**
5 | *pro* se, *i.e.* without counsel.
6 |     **IT IS SO ORDERED.**
7 | Dated:  March 14, 2016

_____
JEFFREY S. WHITE
United States District Judge