UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC HAYNIE,<br><br>          Plaintiff,<br><br>     v.<br><br>GRANCARE, LLC,<br><br>          Defendant. | Case No. 15-cv-04720-JSW<br><br>**ORDER DIRECTING PLAINTIFF AND COUNSEL TO APPEAR AT CASE MANAGEMENT CONFERENCE AND ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 16 |

The Court has received and considered the parties' joint case management conference statement. The Court has continued the initial case management conference on two prior occasions. In its last Order, the Court expressly ordered as follows:

There shall be no further continuances of the initial case management conference. Therefore, if this matter does not settle, and if Plaintiffs' counsel can no longer represent him, **Plaintiff must file a notice by no later than June 1, 2016, in which he advises the Court about: (1) whether he has obtained substitute; (2) whether he has been unable to obtain additional counsel and seeks additional time to do so; or (3) whether he intends to proceed pro se, i.e. without counsel.**

Plaintiff did not comply with that Order. Plaintiff is hereby ORDERED TO SHOW CAUSE why the Court should not impose sanctions in the amount of $250.00 for failure to comply with the deadlines set in the Court's Order.

Based on the parties' joint case management statement, it is evident that there still are issues with whether counsel will continue to represent Plaintiff. Accordingly, Plaintiff and his current counsel shall appear at the case management conference scheduled for July 29, 2016, and shall be prepared to address the questions set forth above. If Plaintiff or his counsel fail to appear

for the case management conference, the Court shall issue an Order to Show Cause directing them to show cause why further sanctions should not be imposed, including directing them to show cause why this case should not be dismissed for failure to prosecute.[1]

The Court shall proceed with the case management conference even if Defendant files its motion for summary judgment.

**IT IS SO ORDERED.**

Dated: July 22, 2016

_____
JEFFREY S. WHITE
United States District Judge

---

[1] The Court continued the case management conference on the basis that the parties were attempting to resolve the matter. Apparently the parties failed in their attempt to schedule mediation.

2