UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC HAYNIE,<br>        Plaintiff,<br>v.<br>GRANCARE, LLC,<br>        Defendant. | Case No. 15-cv-04720-JSW<br><br>**FURTHER ORDER TO SHOW CAUSE TO PLAINTIFF'S COUNSEL**<br>Re: Dkt. No. 16 |

This matter was scheduled for a case management conference on July 29, 2016. On July 27, 2016, Plaintiff's counsel filed an addendum to the case management conference statement, in which he stated that he was not able to attend that case management conference and requested that the matter be continued. Because Plaintiff contacted the Court's staff to advise it that he intended to appear in person, as this Court directed, the Court held the case management conference.

Plaintiff did appear as he indicated, and based on the Court's colloquy, it is concerned that counsel has effectively abandoned his client. Therefore, Court issues the FURTHER ORDER TO SHOW CAUSE to Plaintiff's counsel, Oktober Miller, as to why he should not be sanctioned for both for his failure to comply with the deadline in the Court's Order to file a status report regarding his representation of Plaintiff *and* to show cause regarding the apparent abandonment of his client.

The Court previously ordered that Mr. Miller should show cause why the Court should not impose sanctions in the amount of $250.00 for failure to comply with the deadlines set in the Court's Order. The Court HEREBY ADVISES Mr. Miller that $250 is the minimum of amount of monetary sanctions it is considering imposing, he shall be prepared to show cause why he should not be sanctioned in an amount up to $1,000.00, and why the Court should not report him to the

state bar.

Mr. Miller shall submit a written response to this Order to Show Cause by August 12, 2016, and he shall appear *in person* to respond to this Order to Show Cause on August 26, 2016, at 11:00 a.m. The Court shall not accept a request for a telephonic appearance, and it shall not accept an associate in Mr. Miller's stead.

**IT IS SO ORDERED.**

Dated:  July 29, 2016

_____
JEFFREY S. WHITE
United States District Judge